**Danny Lane IVESTER, Sr.,**
**Plaintiff—Appellant,**

and

**Danny Lane Ivester, Jr., Plaintiff,**

v.

**John Leslie SMITH, Judge, Spartanburg**
**Municipal Court in his individual and**
**official capacity; Spartanburg, South**
**Carolina, City of; Mark Scott, CEO**
**City Manager in his individual & offi-**
**cial capacity, Defendants—Appellees.**

No. 08–1591.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 15, 2008.

Decided: Aug. 12, 2008.

Danny Lane Ivester, Sr., Appellant Pro
Se. James Dean Jolly, Jr., Logan, Jolly &
Smith, LLP, Anderson, South Carolina, for
Appellees.

Before NIEMEYER, KING, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Danny Lane Ivester, Sr., seeks to appeal
the district court's order adopting the rec-
ommendation of the magistrate judge and
dismissing this action. The Appellees
move to dismiss the appeal as untimely.
Because the notice of appeal was not time-
ly filed, we grant the motion and dismiss
the appeal.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and ju-
risdictional." *Browder v. Dir., Dep't of
Corr.,* 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson,* 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on the docket on April 8, 2008, 2008 WL
1342737. The notice of appeal was filed on
May 20, 2008. Because Ivester failed to
file a timely notice of appeal or to obtain
an extension or reopening of the appeal
period, we grant the motion to dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*